

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-15-00191-CV

_____

MICHAEL A. ZANCHI, 341 BENNETT, LP, AND SABAZIA PROPERTY
MANAGEMENT, LLC, APPELLANTS

V.

BANK OF THE WEST, APPELLEE

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2014-510,956, Honorable Ruben Gonzales Reyes, Presiding

November 10, 2016

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellants, Michael A. Zanchi, 341 Bennett, LP, and Sabazia Property Management, LLC, and appellee, Bank of the West, have filed a joint motion seeking voluntary dismissal of the appeal. The Court finds the motion complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.

As no decision of the Court has been delivered to date, we grant the parties' motion.  The appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.  In accordance with the motion, costs are assessed against the party incurring them.  Tex. R. App. P. 42.1(d).


James T. Campbell
Justice


Quinn, C.J., not participating.